■ S. Klein Department Stores, Inc., Respondent, v Advance Liquors, Inc., et al., Appellants. — Judgment, Supreme Court, New York County (M. Klein, J.), entered on July 25, 1980, unanimously affirmed. Respondent shall recover of appellants $75 costs and disbursements of this appeal. The appeal from the order of said court entered June 9, 1980 is dismissed as having been subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sullivan, Lupiano, Fein and Lynch, JJ.